**Roman NUNEZ–DELGADO, Petitioner,**

v.

**Alberto R. GONZALEZ, U.S. Attorney, Respondent.**

No. 04–60244.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 30, 2005.

Stephen J. Holliday, The Holliday Law Firm, Baton Rouge, LA, for Petitioner.

David V. Bernal, Thomas Ward Hussey, Director, Suzanne Nicole Nardone, U.S. Department of Justice Office of Immigration Litigation, Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

---

\* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under

Before REAVLEY, JOLLY, HIGGINBOTHAM, Circuit Judges.

PER CURIAM: \*

Petitioner claims that the Immigration Judge failed to provide a separate written or oral decision regarding the issue of whether he falsely represented himself as a United States citizen for the purpose or benefit of obtaining employment, registering to vote, voting in an election, obtaining a driver's license, and attempting to evade detection and apprehension; however, Petitioner failed to raise the issue in his appeal to the Board of Immigration Appeals. Thus, this court lacks jurisdiction to consider this issue. See Wang v. Ashcroft, 260 F.3d 448, 452–53 (5th Cir.2001). DISMISSED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.